UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JOHN CLEVELAND ET AL.                              CIVIL ACTION

Versus                                             NO. 10-2729

UBS FINANCIAL SERVICES, INC.                       SECTION: "F"

ORDER AND REASONS

Before the Court is the defendant's request for oral argument on the defendant's motion to stay proceedings pending arbitration. The request is DENIED for the following reasons.

It is the Court's policy to grant oral argument on motions if one of the following factors is present:

1. There is a need for an evidentiary hearing.
2. The motion or opposition papers involve a novel or complex issue of law that is unsettled.
3. The motion or opposition papers argue for a change in existing law.
4. The motion or opposition papers implicate a constitutional issue.
5. The case itself is of widespread community interest.

Because the motion does not involve any of the above factors, IT IS ORDERED: that the request for oral argument on the defendant's motion to stay proceedings pending arbitration is DENIED.

New Orleans, Louisiana, November 18, 2011.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE